**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

12

No. MDL 05-01699 CRB

**ORDER RE: MOTION TO
WITHDRAW AS COUNSEL**

13

_____/

14

*This document relates to:*

15

Kurt Lebert,  05-5355 CRB

16

_____/

17

18

Now pending for decision is the motion of the Bowersox Law Firm, P.C., and the Law

19

Offices of Daniel E. Becnel, Jr. to withdraw as counsel for plaintiff in the above matter.

20

After carefully considering the motion, and the supporting affidavit filed under seal,

21

the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion of the

22

Bowersox  Law Firm P.C. and the Law Offices of Daniel E. Becnel, Jr. to withdraw as

23

counsel of record should not be granted; and (2) plaintiff's lawsuit should not be dismissed

24

for a lack of prosecution.  See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the

25

withdrawal of counsel and/or dismissal of plaintiff's lawsuit for failure to prosecute, plaintiff

26

shall notify the Court **in writing** on or before **August 23,  2007** of the reasons the withdrawal

27

should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with

28

this action, plaintiff shall advise the Court of the name and address of plaintiff's new counsel

or, if plaintiff will be proceeding without a lawyer, plaintiff  must advise the Court of how

the Court should contact plaintiff.  In addition, plaintiff shall advise the Court as to whether

plaintiff has completed and served defendants with a plaintiff fact sheet and provided

defendants with authorizations for the release of medical records.  Plaintiff is warned that

plaintiff's failure to communicate with the Court in writing as set forth above may result in

dismissal of plaintiff's claims with prejudice.

Plaintiff's counsel shall ensure that plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: July 31, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\bowers2x05-5355.wpd