IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:*    Kurt Lebert, Calvin Kimble, Howard Klever, 05-5355 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

On July 31 and August 1, 2007 the Court issued Orders To Show Cause directing the above plaintiffs to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) each plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed each plaintiff to notify the Court in writing on or before August 23, 2007 of the reasons the withdrawal should not be granted or their claims dismissed if plaintiff wished to contest either action. As of the date of this Order, none of the plaintiffs has responded to the Court's Orders and none has otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motions to withdraw are GRANTED and each

//

//

1  plaintiff's claims are dismissed with prejudice for a failure to prosecute.

2  **IT IS SO ORDERED.**

3  Dated: August 28, 2007

4  _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\osc\KurtLebert.wpd